UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STANLEY TAYLOR, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 4:13CV0961 ERW |
| MARK KARICH, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the Report and Recommendation of United States Patricia L. Cohen [ECF No. 29], pursuant to 28 U.S.C. § 636(b). The Court notes that no objections were filed to the Report and Recommendation. After consideration of the issues and review of the record, the Court hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation.

In addition, a certificate of appealability may only be issued when "the applicant has made a substantial showing of the denial of a constitutional right." *See Slack v. McDaniel*, 529 U.S. 473, 483 (2000) (quoting 28 U.S.C. § 2253(c)(2)); *see also Langley v. Norris*, 465 F.3d 861, 863 (8th Cir. 2006). Petitioner has made no such showing. Petitioner has not presented arguments which would inspire debates among reasonable jurists, and therefore no certificate of appealability will be issued. Therefore, the Court shall not issue a certificate of appealability as to any claim raised in the Petition.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Stanley Taylor's Amended Petition for Writ of Habeas Corpus [ECF No. 6] is **DENIED.**

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

So Ordered this 28th day of September, 2016.

*E. Richard Webber* (signature)

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**